Ellen Spaulding, Respondent, v. Marquis L.

## SECOND DEPARTMENT, MAY TERM, 1889.

Keyes and another, Appellants. — Judgment and order affirmed, with costs. Opinion by Martin, J.